IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PRINCE D. KEY,

    Plaintiff,

  v.

Case No. 18-cv-510-jdp

SANDRA MCARDLE,
JOLINDA WATERMAN,
BETH EDGE, MICHAEL SNODGRASS,
SCOTT A. HOFTIEZER, AND
JAMES GREER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 12/18/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |